AO 91 (Rev. 11/11) Criminal Complaint

| | | |
|---|---|---|
| AUSA: Rawsthorne | Telephone: (810) 766-5177 |
| Special Agent: Christensen, FBI | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
　v.
Cody Paul Peterson,

Case: 4:26-mj-30095
Judge: Ivy, Curtis
Filed: 02-20-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 2025-August 2025__ in the county of __Livingston__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt and distribution of child pornography |
| 18 U.S.C. § 2252A(a)(3)(B)(i) | Distribution of purported child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of and access with intent to view child pornography. |

This criminal complaint is based on these facts:

There is probable cause to believe that Cody Paul Peterson has received and distributed child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A), has distributed an obscene visual depiction of a minor intending to cause another to believe that the depiction is a minor, in violation of 18 U.S.C. § 2252A(a)(3)(B)(i) and has possessed and accessed with intent to view child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

☑ Continued on the attached sheet.

_Complainant's signature_

Adam Christensen, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: February 20, 2026

_Judge's signature_

City and state: Flint, MI

Hon. Curtis Ivy, Jr. United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Adam Christensen, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

## Introduction and Agent Background

1. I have been employed as a Special Agent of the FBI since 2010 and am currently assigned to the Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through training and everyday work relating to conducting investigations. To date, I have either conducted or participated in over 100 child- exploitation investigations. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

2. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Cody Paul Peterson for violations of 18 U.S.C. §§ 2252A(a)(2)(A), receipt and distribution of child pornography, 2252A(a)(3)(B)(i), distribution of purported child pornography, and 2252A(a)(5)(B), possession of and access with intent to view child pornography.

3. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this

1

and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training and background as a Special Agent.

4. This affidavit is submitted for the limited purpose of securing an arrest warrant. I have not included every fact I know about this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Peterson has violated 18 U.S.C. § 2252A.

## Probable Cause

5. On or about August 26, 2025, an online undercover employee (OCE) employed by the Federal Bureau of Investigation Jacksonville Division logged into the smartphone application Kik and engaged in a chat conversation with Kik user anonyptwn. The conversation started by the Kik user anonyptwn stating, "Hey 7 yo daughter here," to which the OCE responded that they had an 11-year-old daughter and stating that they were a 37-year-old male from Florida. The Kik user anonyptwn provided his age as 29 years old and his location as Ohio. He then provided two images that he claimed were of his 7-year-old daughter. The two photos showed what appears to be a minor female wearing gray shorts and a white t-shirt with a white comforter bunched around her legs. The focus of the images was of the minor's buttocks and crotch.

6. After the OCE sent an image of what he claimed was his 11-year-old daughter, the Kik user anonyptwn sent another image of what appears to be the same minor as the first two images, this time the legs were spread and the gray shorts were bunched up further, but did not display the anus or genitals. The Kik user anonyptwn stated, "I'd pull them down." The OCE asked if the Kik user had done so previously, to which the Kik user replied, "Once wbu?; Got more?" The Kik user then sent an image of what appears to a minor female standing with a black shirt on, but no pants or underwear, so her buttocks are exposed. The OCE asked if the image was of his daughter to which the Kik user replied, "Yeah [purple devil emoji].

7. After the OCE asked if the Kik user anonyptwn touched his daughter, he stated, "On her butt what about you; Can I see more of her?" The OCE sent another image to which the Kik user anonyptwn stated, "Mmmmmm show that butt," and then sent an image of what appears to be a minor female in the back of a car lying on the bench seat wearing a black shirt that is pulled up to expose her stomach, and gray shorts.

8. After a few additional exchanges where the Kik user anonyptwn asked for full nude images of the OCE's purported daughter, the Kik user sent an image of a female that is completely nude from their thighs to their neck. A penis can be seen at the bottom of the image that is a few inches from the female's vagina. There

3

appears to be semen on the stomach of the female. After the image was sent the following exchange occurred:

- OCE: who is that?
- anonyptwn: My 12 yo
- OCE: how did you get that
- anonyptwn: She was drunk and passed out [purple devil emoji]
- OCE: at 12yo?
- anonyptwn: Yep [purple devil emoji]
- anonyptwn: What else you got?
- OCE: u being for real are these girls really yours?
- anonyptwn: Yeah they are I still have more
- anonyptwn: Show me a few more good ones
- OCE: send me a real one
- anonyptwn: What?
- anonyptwn: Those are all real
- OCE: you jacked off on your 12 yo
- anonyptwn: Sure did [purple devil emoji]
- anonyptwn: Why?
- OCE: that's risky
- anonyptwn: She didn't notice

4

9. After some additional chats, the Kik user anonyptwn asked for additional images of the OCE's purported 7-year-old, commenting that, "She has a great ass; You're lucky." The Kik user then sent an image of a minor female wearing a black mask over their eyes, displaying their genitals and having a male hand insert a hairbrush handle in her anus. The Kik user anonyptwn claimed that, "A dad sent it to me." He then asked, "Show me more of your lil one [purple devil emoji]"

10. Based on the claim that the Kik user was sexually abusing his minor children, an emergency disclosure request was sent to Kik for subscriber information of username anonyptwn on August 26, 2025. Kik responded the same day with information which showed that for the past 30 days most of the logins to the account had come from IP address 96.35.118.31. This IP address was determined to be owned by Charter Communications. An emergency disclosure request was sent to Charter on August 26, 2025, and Charter responded with information that the IP address was assigned to XXX Earl Street, Pinckney, Michigan 48169.

11. A query of Michigan Secretary of State records for licensed drivers at the Pinckney residence included Cody Paul Peterson, born in 1995, as well as additional residents. The age of Peterson, 29 years old, matches that provided by the Kik user anonyptwn in the conversation above. A check of open-source databases confirmed the likely current residents included Cody Paul Peterson, and others.

12. A search of FBI databases showed that the IP address assigned to the Pinckney residence, 96.35.118.31, was also used by another Kik account with username anonredft. The same FBI Jacksonville Division OCE had talked to this user previously in April 2025. The user initially claimed to be a 17-year-old female and sent four images of a potential minor female in either shorts and tank top or two-piece swim suits. After the images were sent, the Kik user anonredft asked if he could see the OCE's daughter's images. The OCE asked if the user was actually a 17-year-old female, or just pretending to be one, at which point the user stated, "No lol but that's my daughter [Female-1]." He then sent four additional images that include the display name Female-1 on them. The images are of a female, including her face, two of which show the female with her breasts exposed. The Kik user asked to see images of the OCE's daughter and the OCE sent some of a purported minor female. The Kik user anonredft then sent three more images of the same Female-1, with her face shown and her breasts exposed.

13. The Kik user anonredft then asked the OCE to send more images of their daughter, and stated, "Bet she's hot in a bikini." The OCE sent an image of the same female, purported to be the OCE's daughter, in a bikini, to which anonredft replied, "Mmmmm I wanna fuck her [purple devil emoji]; Any nudes?" The OCE said they didn't have any and anonredft asked for creepshots. The OCE sent an image, to which anonredft commented, "Omggg fuckkkk [mouth open sweating

6

emoji three times]; I wanna eat her ass." The Kik user anonredft then sent two images of potential minor females, one showing the female using their hand to expose their vagina to the camera and one showing the female laying on a bed with their vagina close up to the camera.

14. The OCE asked if the last two images were of the same Female-1, and anonredft responded, "No that's her friend she's even younger." The OCE asked how anonredft got the images to which he replied, "Went through her phone lol; Got anymore?" The OCE asked how old the girl was, to which anonredft responded, "17."

15. A subpoena to Kik for username anonredft showed that the IP address used to login to the account most recently, on April 14, 2025 was IP address 96.35.118.31, the same as one used for anonyptwn and that was assigned to the Pinckney residence discussed above.

16. The female whose face was shown in the images shared as anonredft's daughter and listed as Female-1 was submitted for facial recognition. The results of the facial recognition show a potential match to an adult with the first name of Female-1, who is currently 22 years old and resides in the Eastern District of Michigan. I received a copy of this adult's driver's license photograph and believe that the pictures of Female-1 shared by anonredft is in fact this adult, although I

7

cannot tell how old the images of her are, and so cannot tell how old she is in the images.

17. Based in part on the information provided above, a search warrant was authorized in the Eastern District of Michigan for the Pinckney residence, XXX Earl Street, Pinckney, MI 48196. This warrant was executed on September 16, 2025. Cody Paul Peterson was present at the residence and voluntarily consented to be interviewed. Peterson acknowledged using Kik to engage in sexual talk. This talk included all kinds of gross stuff that included talking about having sex with young kids. Peterson acknowledged that he had been on Kik for approximately one to two years and had made approximately six to seven accounts on Kik during that time. He would often use the word anon in his usernames. He didn't recall, but acknowledged that the username anonyptwn and anonredft could have been his accounts. Peterson knew the user on Kik discussing having sex with young children was him and no one else in the residence.

18. Peterson provided additional information voluntarily at the Pinckney Police Department the same day. He stated that approximately five years prior he had seen sexual images of children on the website 4Chan. Since that time, he had sought out content on the internet that provided shock value to him, including images and videos of sexual material involving children. On Kik, Peterson would message with others users regarding them having sexual contact with their daughters and

8

claimed to have had sexual contact with his purported daughter.

19. Electronic media were seized from the Peterson's residence on September 16, 2025. These included his smart phone, an Apple iPhone 12. The data on this device was extracted and analyzed. Artifacts were found related to the two Kik username anonyptwn and anonredft, in addition to other Kik accounts as described by Peterson. Some of the images shared by Peterson through Kik accounts to the OCEs described above were found on the iPhone, including the images of Female-1, and the image discussed in paragraph 8 above. Based on the metadata associated with the images of Female-1 and her identified birthdate, she would have been older than 18 years old when the images were taken. Two images of a minor female with her legs spread to show yellow underwear covering her vagina where the focus of the image were found on the phone. Based on my training and experience, I know that these images meet the Federal definition of child pornography.

20. On the same day as the search warrant executed at Peterson's residence, and search warrant authorized in the Eastern District of Michigan was served on Kik c/o MediaLab.ai Inc for the Kik accounts anonyptwn and anonredft. Kik returned responsive information on September 18, 2025. The images and videos associated with these two accounts included 11 unique images and 1 unique video that meet the Federal definition of child pornography, including one of the images shared with the

9

OCE described above in paragraph 9.

21. In addition, based on deconfliction with the National Center for Missing and Exploited Children, it was determined that Homeland Security Investigations (HSI), had also had an undercover interaction with Peterson with his Kik account anonredft in April 2025. A review of this undercover chat, which was received on September 19, 2025, showed that the Kik user anonredft had provided images of Female-1 and stated that she was his 14-year-old daughter. Kik user anonredft told the undercover officer that he had got the images of his purported daughter from her iCloud account. He then shared nude images of Female-1 that would meet the Federal definition of child pornography if they were of a minor.

## Conclusion

22. Based on the foregoing, there is probable cause to believe that Cody Paul Peterson has received and distributed child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A), has distributed an obscene visual depiction of a minor intending to cause another to believe that the depiction is a minor, in violation of 18 U.S.C. § 2252A(a)(3)(B)(i) and has possessed and accessed with intent to view child

pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), and I respectfully request this Court issue a criminal complaint and arrest warrant for him.

Respectfully submitted,

Adam Christensen, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means on this 20th day of February, 2026.

Hon. Curtis Ivy, Jr.
United States Magistrate Judge